UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael O. Williams

_____

Write the full name of each plaintiff.

-against-

LSG Sky Chefs

Robert Half

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _LSG Sky Chefs_

Date(s) of occurrence: _Jan 2023_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I have attached information with a write up and evidence of the case.

① Discriminated based on my nationality

② Wrongful termination — for complaining about discrimination

③ Retaliation — Never given a job for over a year by temp agency.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental, hardship due to no job;

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Payment for discrimination
Payment for Retaliation
Payment for time away from work

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| April 4th 2024 | _Williams_ |
| Dated | Plaintiff's Signature |
| Michael    O    Williams | |
| First Name      Middle Initial      Last Name | |
| 1577 Madison Street Apt. 2R | |
| Street Address | |
| Ridgewood            NY            11385 | |
| County, City            State            Zip Code | |
| 929-565-7026    mcowilliams700@gmail.com | |
| Telephone Number    Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

 If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**LSG Sky Chefs case**

**Discrimination on nationality:** I started a new position as a temp. (consultant) at LSG Sky chefs November 2022, upon starting, a lady who works here called Dorothy came in and said I am not getting a full time job because I am not Jamaican, the guy sitting beside me Rowan is Jamaican.

**Mistreatment, segregation:** Also, a second conversation happened where she came into the office and said "Hi everyone and then Dorothy pointed at me and said minus 1".

I have reported this to my staffing agency Robert Half (RH) and their HR department at LSG Sky Chefs.

After investigation, they came up with the conclusion that the conversation never happened about the job, they then said she admitted to the second conversation but that she wasn't referring to me.

**Threats:** Also, Rowan, my Jamaican colleague at work, threatened me, saying that I know where you go out; we had previously had a conversation about a bar called SOB's which would be great to watch the soccer world cup.

**Paycheck:** My last week's paycheck for Friday is being withheld because I was sent home by my supervisor Hal Sabatu because there was no internet at their site on Friday so they couldn't power up their systems. I told my supervisor Hal Sabateau, that I would like to stay and get my hours, he mentioned that I could leave and he would do what he is obligated to do. To my surprise, he didn't approve my time, stating I did not work, without giving a reason.

**Force Feeding:** Hal Sabatutu demanded that I must go on Lunch break multiple times even when I was not hungry, forcing me to eat the food made at LSG.  I reported this to the staffing agency RH and Shane my contact at Robert Half (RH) , tried to lie to me

that it was mandatory, until he pulled up New York State law and sent in an email. We both had to explain this to Hal Sabateau.

My contract with RH and LSG is a full time 40 hour work week, except holidays, or I don't show up/leave early or out of absence pay. After multiple discussions with RH, they gave me 4 hours as show up pay, now I am still missing my remaining 4 hours for pay.

**Retaliation**: The following week I was fired without any reason given by LSG Sky Chefs. Till date **Robert Half has** not sent me any new positions. **This has been over a year now**

## Robert Half (RH)

Prior to LSG sky chefs Robert Half had staffed me in a few different places.

- BNY Mellin: I had an issue with the trainer mentioning that my background was noisy, and I sounded like I was in a farm. My trainer was a caribbean who was working remotely in a farm, after I reported the issue. I has let go a week later
- Newmark Knight Frank: I was let go from the assignment after a few months stating that the assignment period was over
- **Congregation rudolph Shallom**: Stated they wanted an office manager not an account but I was never offered a office manager position and I did an interview for an accounting position. Also said that they didn't like the fact that I showed up to work at 10am, not 9am, **RH had told me to show up at 10am. RH told them this but I was still let go.**
- **LSG Sky Chefs - Retaliation**: I was fired without any reason given by LSG Sky Chefs. Till date **Robert Half has** not sent me any new positions. **This has been over a year now**

**Paid less than my peers for the same work.** I averaged $600-$700 per week while on assignments at Robert Half

Scagnelli, Kevin (03940) <kevin.scagnelli@roberthalf.com>

to ▾

Good Morning,

Hope you're doing well. My team is currently working with clients on temporary based accounting positions and we are seeking new talent. All of these positions are fully onsite or hybrid standpoint in Manhattan. We have entry level to senior level accounting roles.

Since these positions are temporary to begin, we can only work with candidates who are currently unemployed and ready to start ASAP.

If you are looking -- please send me your updated resume for a quick chat.

Best,
Kevin

**Kevin Scagnelli**
Talent Manager
**Finance & Accounting**
(516) 463-5703
**Robert Half** | 125 Park Ave. | New York | NY 10017 USA | roberthalf.com

**Robert Half®**
Talent Solutions

Robert Half has been selected as a *Fortune*® Most Admired Company™ for 26 consecutive years and is the only company in its industry to achieve this distinction.

Laolu Williams <mowilliams700@gmail.com>

to Kevin ▾

Hello,

Find my resume attached

...

One attachment • Scanned by Gmail ⓘ

Michael_Oladuwe...

New Message

Case 1:24-cv-02628-LTS    Document 1    Filed 04/04/24    Page 8 of 17



Laolu Williams

to Kevin

Hello Kevin,

Happy new year.

JP hasn't gotten back to me with any temp roles, I applied to some on the website. If it's easier I can do full time opportunities too.

Best,

Laolu

One attachment · Scanned by Gmail

Michael_Olaoluw...



Chin, Kevin (02940)

to me

I'll keep you posted on anything that could be a fit.

**KEVIN CHIN**
PERMANENT PLACEMENTS · NYC
**FINANCE & ACCOUNTING**
Direct: 646 454-5614
Cell: 917 601-0769

Sounds good, thanks!   That would be great, thanks!   Sounds great, thanks for the update!

↩ Reply   → Forward



Laolu Williams &lt;mowilliams100@gmail.com&gt;
to Mackenzie

Hello.

Attached is my resume.

Best,

Laolu

•••

One attachment • Scanned by Gmail

Michael_Oladuw...

Laolu Williams &lt;mowilliams100@gmail.com&gt;
to Mackenzie

Hello Mackenzie,

Following up on the email above, any roles?

best,

Laolu

•••

One attachment • Scanned by Gmail

Michael_Oladuw...

Reply    Forward

Kizer, Mackenzie (04720) <Mackenzie.Kizer@roberthalf.com>
to me

Hello!

I am a recruiter for Robert Half! I came across your file this morning in our OfficeTeam/Accountemps database and wanted to see if you were looking for employment at this time. While I am based in Columbus, Ohio, I staff nationwide for several positions for our Fortune 500 and 1000 clients.

Currently, we are working with a hospital located in Brooklyn, NY. This company opens new positions daily and they are filled incredibly fast. I am working to find great candidates in this area who are interested in **Financial Analyst** roles

If you are interested in the above role, please send me a copy of your updated resume! Below are some of the requirements our client looks for:

- Must be comfortable working IN OFFICE – these are NOT remote positions
- These positions are located in a medical office – these positions may require health screening and vaccinations
- Bachelor's degree preferred
- Experience working as a Financial Analyst
- Experience working in a healthcare setting preferred
- Must be able to handle a fast-paced environment
- Must be organized
- Please send over a photo of your diploma or completed transcripts of the highest level of COMPLETED education!

Additional Position Details:

- These are going to be contract positions, some positions range from 3 – 8 months!

- Hours are usually: Monday – Friday | 8:00AM – 5PM

- Pay Range: Varies on experience!

I'd very much like to discuss your career interests and goals so that I can best assist you in your job search and placement process. If you are interested in these potential opportunities, please reply to this email with your updated resume in **Word document format** and a photo of diploma or completed transcripts from your highest level of completed education. I look forward to hearing from you soon!

*If you are on assignment or in consideration for another role, please disregard this message as you have received it in error.

I will reach out to you if I believe you are a great fit for the position!

Mackenzie Kizer
Sourcing Specialist, Strategic Accounts
Healthcare Talent Delivery Center
E: Mackenzie.Kizer@roberthalf.com
Connect with us: LinkedIn | Twitter | YouTube
Robert Half |
Three Crosswoods Center
100 E. Campus View Blvd, Suite 315
Columbus, OH 43235
roberthalf.com



**Robert Half®**
Strategic Accounts

Laolu Williams <lnowilliams700@gmail.com>
to Mackenzie

Hello







**Khan, Shane (02640)** <Shane.Khan@roberthalf.com>
to me

Hi Michael,

This is the link to the NYC Department of Labor addressing lunch and time off during the workday.

https://dol.ny.gov/day-rest-and-meal-periods

## Meal Periods

Employers in New York State must provide all employees time off for meals, after working a certain number of hours. In general, employers must provide at least 30 minutes of unpaid time off if an employee works more than 6 hours.

The Meal Period Guide has outline the requirements.

Meal and Rest Period Frequently Asked Questions

Regards,

**Shane Khan | Practice Director**
**Finance & Accounting | Administrative & Customer Support**
Contract Finance & Accounting: 718-697-1140 | Direct: 347-719-4153 | Office: 888-396-0099
Connect with us: LinkedIn | Facebook | Twitter | Instagram | YouTube
**Robert Half** | 80-02 Kew Gardens| Suite 306 | Kew Gardens | NY 11415 USA | roberthalf.com

**Robert Half®**
Talent Solutions

# Laolu Williams

https://www.linkedin.com/in/laolu-williams/

929-568-7026 - Ridgewood NY, 11385. Laoluwilliams007@gmail.com

## EDUCATION

## Current -  MBA Honors Student – Expected graduation December 2024

- MBA, Jack Welch, concentration general business (Online) Washington DC. honors major - **GPA 3.95/4.0**

**Honors/Awards/Scholarships**

- **John F. Welch Scholarship**                                                                        **Jan 2021**

**Extracurricular Involvement**

- **Hedge Fund Association Member          North America (New York City) Jan. 2024 – Present**

---

## Undergraduate – Accounting major, minor in Business Innovation

- B.S.C Honors Accounting, Accounting GPA **3.5/4.0,** Minor Business Innovation, Northern Illinois University (NIU) April 2018. **GPA 3.33/4.0**

**Honors/Awards/Scholarships**

- Golden Key International Honors Society Scholarship, Northern Illinois University Tuition Waiver Fall 2014 and Spring 2015, Kevin D.  Knights Leadership Award.
- Northern Illinois University Honors Scholarship; Bersama College of Business Scholarship; DEAN'S List 2015; Nominated for CME scholarship.
- Northern Illinois University; TDC scholarship (NABA), Martin Luther King Scholarship (NIU), LEAD Alumni

*References, transcripts, tax returns, and news publications can be provided on request.*

---

## About Me

A hardworking, multi-talented individual who can multitask, I Built a food app in college called Starvebelly LLC and ran the company while attending classes. I worked with financial statements in small (100M or less) and large (greater than 1B) multi-entity, multi-currency organizations. Well-acquainted with Excel, accounting/finance software, and revenue recognition criteria in various industries, and comfortable communicating with teams who provide data for or insight into financial representations.

### *Areas of Expertise include*:

- Financial Statements
- Internal Controls
- P&L Analysis
- Strategy
- Research
- Tech – Apps

- GAAP
- Process Improvement
- Reconciliation
- Cash Management
- Business Plan and Pitch Decks
- Presentations

- External Audits
- Cash Application
- Accounts Receivable/Payable
- Payroll Accounting
- Project Management
- Microsoft Office

## OTHER WORK EXPERIENCE

**Revel Driver**                                                           **Feb 2023 - Present**

- Pick and drop off customers
- Customer service
- Maintain Car while on shift

**Milestones:** Driver bonus for 2 weeks

**Uncommon Goods - Outbound Operations Associate- Seasonal**     **November 2023 - December 2023**

- Outbound Picker
- Outbound Diverter
- Outbound Packer

**Amazon Warehouse Associate - Seasonal**                        **April 2023 - July 2023**

- Stow Packages
- Pick and Stage
- Pick To Buffer
- Split Packages

**Milestones: Perfect week badge for ten consecutive weeks, Earned Extra Mile effort badge for hard work.**

**LSG SKY CHEFS  - Contract Temp (Robert Half)**                 **November 2022 - January 2023**

- Coordinate/ process the billing for critical accounts.
- process charter billing — obtain documentation from other departments and generate invoices.
- Perform audits between billing paperwork and boarded catered items, e.g., Night checks.
- Responsible for reviewing vendor bills for accuracy in preparation for payment processing.
- Conducted reconciliation of invoices and purchase orders; researched and resolved issues as needed.

**Newmark Knight Frank - Cash Operations Specialist – Contract (Robert Half)**     **August 2022 - October 2022**

- Learn the valuation and advisory LLC business.
- Manage cash flows related to daily operations.
- Managing the unapplied cash flows in and out of bank accounts worldwide.
- Ensuring cash activity is booked correctly to the revenue management system and issuing daily and periodic reports.
- Communicate externally with clients to procure payment details and ensure the proper application within the revenue management system.
- Work with and develop internal relationships with the sales team to understand business dynamics with clients and acquire insight on payment allocations.
- Ability to comb through and assess historical client contract information via C-flow and procure necessary contact details and/or information related to invoices and payments.

## WORK EXPERIENCE

**Real Estate Akwugo – Short- and long-term rentals – New York, NY**     **May 2021 – June 2022**
**Property Manager**

- Designed and managed a four-bedroom apartment.
- Hosted four guests on average daily.
- Communicated with guests from different cultures.

**Milestones: $50,000+ in revenue**

**Technology Gaming App – Afro Fighters**                                          **September 2021 – Feb 2022**
**Tech Project management**

- Built a game for Android, PC, and Apple store use.
- Created business plan and pitch deck.
- Internet Marketing for app downloads

**Milestones: over 1000+ downloads on both Android and Apple Store**

**Goldman Sachs NY/NJ Finance (Controllers) Analyst - Broker Dealer Accountant**                 **July 2018 – August 2019**

- Country Exposure Report – Analyzed Goldman's exposure of Assets and Liabilities in different countries, performed variance analysis, and certified that country exposure for entire broker-dealer GSCO was verified for submissions to Regulator - Had to dig through large sums of data via Excel; look ups, pivot tables and follow up on process statuses.
- International Securities Exchange – Analyzed Goldman's daily market-making PMM & CMM on the ISE exchange, ensured that liquidity number was below threshold - Had to dig through large sums of data via Excel; look ups, pivot tables.
- Focus Filling – Analyzed underwriting fees we received monthly. I identified the highest drivers and had to verify with management why the drivers occurred. The report was then sent out to Clearing orgs I Had to dig through large sums of data via Excel; vlook ups, pivot table.
- Goodwill and Intangibles - Every month, we must report goodwill and intangibles. We prepare an Excel file with the goodwill numbers and then upload it into FRAME.
- Mortgage TBA - This is an entry that we post monthly. It involves 15c3-3 and SIAC; these two entries are derived by receiving a Focus report from the GSCO reg team and a query from the GSCO Reg team.
- MidnightRun - Borrowing and lending between different entities within Goldman, had to ensure the process went smoothly - updating the Excel sheet with the numbers and submitting it to management.
- PWC Audit Meetings - Coordinated the meetings with the PWC auditors and met face-to-face with the auditors. Gathered the requests from the auditors from team members, particularly GSCO staff.
- Month End and Quarter end - Filling out Journal Entries via company systems such as PeopleSoft after ensuring numbers were accurate on Excel sheets.

- Weekly meetings and monthly meetings with GSCO team  - Organized calendar and meeting invites and prepared materials to be discussed during meetings

- PFOF Payment: This is a process where Goldman raises line transfers for different exchanges. Exchanges include CBOE, ISE, and PHLX. We receive the numbers externally from an individual, Pat Murray; during my time at Goldman, I was tasked with raising line transfers.

**Milestones: I worked on the country exposure report process for a VP and was able to streamline the breaks from 19 monthly to 6 breaks.**

**Goldman Sachs NY/NJ Finance Analyst (Intern)**                                          **May 2017 –August 2017**

- Project team captain – The project involved creating and presenting a high-tech tool called Controllers

Case 1:24-cv-02628-LTS    Document 1    Filed 04/04/24    Page 16 of 17

- Learned Excel skills, Pivot Tables, VLOOKUPs, Sumifs, and other formulas to analyze company data.
- Worked with new software like Tableau, Data Lake

**Milestones: Was appointed as the project team captain, constructed a presentation on Microsoft PowerPoint, explained project details in meetings with supervisors and MD's presented to a large audience at the firm (Includes MD's and co-workers)**

**Starve Belly, DeKalb, IL. Founder: CEO**           **January 2017 – September 2018**
  **Technology – Project Management – Built App and ran business**

- Project-managed building of application (Food App) used by customers and restaurants.
- Did extensive market research, creating a business plan, projections, and pitch deck.
- Met face-to-face with restaurant owners (clients) to negotiate with them on signing their businesses on the app.
- Data entry on app backend software for restaurant information such as contact and menus.
- Gained over 7 clients and hired over ten employees.

**Milestones: Generated $6k in revenue in the first year and generated $48k+ in revenue in the 2nd year—multiple newspaper publications. I used PowerPoint to create multiple presentations at college events and future founders' cohort, won the NIU Business pitch competition, and was the 3rd runner-up for the CAUSE business competition.**

**Chase Bank Teller Aurora IL.**           **September 2015 - December 2016**
- Handle basic data entry utilizing customer relationship management (CRM) software.
- Take part in cash management duties.
- Provide exemplary customer service to clients in a banking environment.
- Verify personal and financial information from customer transactions.
- Answer customer questions regarding bank accounts and credit cards

**KPMG Chicago, IL. Audit Intern; Asset Management, Consumer and Industrial Goods, Healthcare**     **June 2016-August 2016**

- Completed roll forwards, cost roll sheets, and matching. Used proficient Excel skills to complete tie-outs and completed write-ups for requirements on the audit engagement for Redbox.
- Worked on analyzing the win/loss ratio on engagement pursuits for offices located in the US. Led/organized team meetings and presented recommendations/solutions to upper management.
- Supported the Global Mobility department with ERP system maintenance, reporting, ad-hoc analysis.

**KPMG Chicago, IL. Corporate Management Intern; Marketing Group**       **June 2015-August 2015**
- Worked on analyzing the win/loss ratio on engagement pursuits for KPMG's offices located in the US. Led/organized team meetings, presented recommendations/solutions to upper management.
- Was involved in a startup pitch competition - Used Microsoft Excel to create presentations and presented to judges.

**Milestones: Was awarded the 3rd runner-up in the startup pitch competition**

**Northern Illinois University DeKalb, IL, Math and Accounting Tutor**   January 2015- April 2015

- 12 hours per week supporting students who found difficulty with algebra and cost accounting problems while taking 22 credit hours.
- Presented coursework to a classroom of about 15 students thrice a week.

## Extracurricular Involvement – Northern Illinois University

**Deloitte Team Tax Competition**                                                    **November 2014**

- Collaborated with a team of six people to develop a tax strategy for a "make-believe" company opening a subsidiary in another state.

**Milestone: The team ended up with an honorary mention out of 75 schools**

**Vice President, National Association of Black Accountants (NABA)**       **August 2016-December 2016**

- Lead by example and ensured that all chapter standards were met. Coordinated officers to promote awareness with key constituents.
- I handled the organization's financial transactions and events around campus.

**President of Finance, DECA**                                              **August 2016 – December 2016**

- I handled the organization's financial transactions and events around campus.

**President, Golden Key International Honor Society**                         **August 2015-July 2016**

- Led weekly meetings with the E-board regarding events we host on and off campus. Increased food supplies for Hope Haven (Charity) in one semester.
- Led a toy drive for less privileged kids.

**Senator, Students Association (Finance committee)**                         **October 2015-May 2016**

- Attended weekly meetings and discussed decisions on how the school should allocate $ 7.5 million of its funding with fellow senators.

## Activities & Interests

- Honors program volunteer, Junior Achievement-Teaching middle school children, Mentor kids on financial literacy (CTW)
- Hobbies: Basketball, & Soccer (Playing and Watching), Stock market, Running, Art, Film, Music, boxing, and Cooking