UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL O. WILLIAMS,<br><br>                    Plaintiff,<br><br>        -against-<br><br>LGS SKY CHEFS; ROBERT HALF.,<br><br>                    Defendants. | 24 CIVIL 2628 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 13, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated:   January 14, 2025
          New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge